**Opinion issued April 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-01068-CV**

————————————

**THELMA MULLINS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD WAYNE MULLINS, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES, Appellant**

**V.**

**FOSTER WHEELER ENERGY CORPORATION, ET AL., Appellees**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case No. 2010-54230**

## MEMORANDUM OPINION

Appellant has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal

of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.